156 A.3d 1060

IN THE MATTER OF WILLIAM J. TORRE, AN ATTORNEY
AT LAW (ATTORNEY NO. 012931984)

FILED March 29, 2017

**ORDER**

This matter having been duly presented, it is ORDERED that **WILLIAM J. TORRE,** formerly of **HASBROUCK HEIGHTS,** who was admitted to the bar of this State in 1984, and who was suspended from the practice of law for a period of one year, effective January 15, 2016, by Order of this Court filed December 15, 2015, be restored to the practice of law, effective immediately.